**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| NICOLE S. BEACH,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | NO. CV-07-0058-AMJ<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The matter is **REMANDED** for an immediate award of benefits. Judgment is entered for Plaintiff.

DATED this 7th day of December, 2007.

                                          JAMES R. LARSEN
                                        District Court Executive/Clerk


                                  by: ____s/Karen White_____
                                            Deputy Clerk

cc: all counsel